1  DEBRA L. FISCHER, SBN 142516
   debra.fischer@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   355 South Grand Avenue, Suite 4400
3  Los Angeles, CA 90071-3106
   Tel: 213.680.6400
4  Fax: 213.680.6499

5  SACHA M. STEENHOEK, SBN 253743
   ssteenhoek@morganlewis.com
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA 94105-1126
   Tel: 415.442.1000
8  Fax: 415.442.1001

9  Attorneys for Defendants
   SPMG, INC. and
10 ABEO MANAGEMENT CORP.

11 JONATHAN MCNEIL WONG, SBN 112224
   jmwong@donahue.com
12 MARK A. DELGADO, SBN 215618
   mdelgado@donahue.com
13 DONAHUE FITZGERALD LLP
   Attorneys at Law
14 1999 Harrison Street, 25th Floor
   Oakland, CA 94612
15 Tel: 510.451.3300
   Fax: 510.451.1527
16
   Attorneys for Plaintiff
17 DAVID K. JULIEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. JULIEN, an individual, | Case No. 3:15-cv-00565-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 27, 2015 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SPMG, INC., a Texas corporation (dba "abeo"; ABEO MANAGEMENT CORPORATION, a Delaware corporation; and DOES 1-10 inclusive, | [Civil Local Rules 6-1, 6-2]<br><br>Date:   May 27, 2015<br>Time:   2:00 p.m.<br>Dept:   9, 19th Floor<br>Judge:  Hon. Jon S. Tigar |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:15-cv-00565-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

DB2/ 25909326.2

Pursuant to Civil Local Rules 6-1 and 6-2, David Julien ("Julien") and Defendants SPMG, Inc. and abeo Management Corporation (collectively "abeo" or "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the Case Management Conference currently scheduled for May 27, 2015 to 30 days after this Court's ruling on Defendants' Motion to Transfer.

WHEREAS, in an Order dated February 13, 2015, the Court set a Case Management Conference for May 27, 2015 (Dkt. No. 16);

WHEREAS, on February 26, 2015, Julien filed a First Amended Complaint (Dkt. No. 17);

WHEREAS, on March 12, 2015, Defendants filed a Motion to Transfer Plaintiff's First Amended Complaint to the District of Utah (Dkt. No. 20);

WHEREAS, Julien responded to Defendant's Motion on March 26, 2015, concurring that transfer to the District of Utah is proper (Dkt. No. 21), and Defendants filed a timely reply (Dkt. No. 23);

WHEREAS, the Parties believe that the Case Management Conference will be more productive if it is deferred until after the Court has ruled on Defendants' Motion;

WHEREAS, in the event this Court denies Defendants' Motion and retains this matter, the Parties agree to continue the Case Management Conference to 30 days after this Court rules on Defendants' Motion;

WHEREAS, no prior continuance has been requested in this case;

WHEREAS, continuing the May 27, 2015 Case Management Conference to 30 days after this Court's ruling on Defendants' Motion will not affect the schedule for the remaining case or prejudice the Parties.

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the Case Management Conference currently scheduled for May 27, 2015 be continued to 30 days after this Court's ruling on Defendants' Motion to Transfer (Dkt. No. 20). Pursuant to Local Rules and this Court's Standing Orders, the Parties will submit a joint case management conference statement 10 (ten) court days prior to the newly-scheduled conference.

///

IT IS SO STIPULATED.

Dated: May 7, 2015                                      MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Sacha M. Steenhoek*
  Debra Fischer
  Sacha Steenhoek
  Attorneys for Defendants
  SPMG, INC. and
  ABEO MANAGEMENT
  CORPORATION

Dated: May 7, 2015                                      DONAHUE FITZGERALD LLP


By  */s/ Jonathan McNeil Wong*
  Jonathan McNeil Wong
  Attorneys for Plaintiff
  DAVID K. JULIEN

**<u>FILER'S ATTESTATION</u>**

I, Sacha M. Steenhoek, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue May 27, 2015 Case Management Conference. In compliance with L.R. 5-1(i)(3), I hereby attest that Jonathan McNeil Wong concurs in this filing.

Dated:  May 7, 2015                        */s/ Sacha M. Steenhoek*
                                                    Sacha M. Steenhoek

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                          Case No. 3:15-cv-00565-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

1 **[PROPOSED] ORDER**

2      Pursuant to the Parties' Stipulation to Continue May 27, 2015 Case Management

3 Conference and for good cause appearing, the Stipulation is approved. The Court hereby orders

4 as follows:

5      The Case Management Conference currently scheduled for May 27, 2015 at 2:00 p.m. is

6 continued until ~~30 days after this Court's ruling on Defendants' Motion to Transfer.~~

      July 1, 2015, at 2:00 p.m.

7 IT IS SO ORDERED.

9

10 Dated: May 12, 2015



IT IS SO ORDERED
AS MODIFIED
Judge Jon S. Tigar

3                                      Case No. 3:15-cv-00565-JST

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco